JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

NURMUKHAMED NURLANOV,
Petitioner

v.

ACTING OR CURRENT WARDEN, FACILITY ADMINISTRATION GEO GROUP, INC., et al.,
Respondents.

Case No. EDCV 26-3721-MWF (DFM)

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, **IT IS ADJUDGED** that:

(1) the Petition for Writ of Habeas Corpus ("Petition") is **DISMISSED WITHOUT PREJUDICE** to the extent it challenges the November 24, 2025 custody hearing and seeks reweighing of the Immigration Judge's discretionary determinations;

(2) the Petition is **DENIED** to the extent it challenges Petitioner's May 21, 2025 arrest, the termination of his prior release, and his prior treatment as subject to mandatory detention, including his requests for immediate release and for an injunction against re-detention; and

(3) the Petition is **DENIED WITHOUT PREJUDICE** to the extent it asserts that Petitioner's continued detention violates due process.

IT IS SO ORDERED.

Dated: November 9, 2026

MICHAEL W. FITZGERALD
United States District Judge